# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY BARTLETT on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | CASE NO.<br><br>1:11-CV-0624-JOF<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on May 17, 2011 I served a copy of <u>Plaintiff's First Interrogatories and First Request for Production of Documents to Defendant Portfolio Recovery Associates, LLC</u> on the following counsel of record, by Federal Express, addressed as follows:

Christopher W. Madel, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402

Lisa L. Heller, Esq.<br>
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.<br>
One Atlantic Center<br>
1201 West Peachtree Street<br>
Suite 2200<br>
Atlanta, GA 30309

This 17th day of May, 2011.

                                        TURNER LAW OFFICES, LLC

                                        By:   /s/ Henry A. Turner
                                             Henry A. Turner
                                             Georgia Bar No. 719310

403 W. Ponce de Leon Avenue
Suite 207
Decatur, Georgia 30030
Telephone: (404) 261-7787
Facsimile:   (404) 377-1053
hturner@tlofices.com

                                        Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within and foregoing <u>Certificate of Service of Discovery</u> in the above-captioned case with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

**Christopher W. Madel** cwmadel@rkmc.com

**Barry M. Landy** bmlandy@rkmc.com

**Denise S. Rahne** DSRahne@rkmc.com

**Jennifer M. Robbins** jmrobbins@rkmc.com

**Lisa L. Heller**   llheller@rkmc.com; tljones@rkmc.com

This 17th day of May, 2011.

                                            TURNER LAW OFFICES, LLC

                                            By:   /s/ Henry A. Turner
                                                 Henry A. Turner
                                                 Georgia Bar No. 719310

403 W. Ponce de Leon Avenue
Suite 207
Decatur, Georgia 30030
Telephone: (404) 261-7787
Facsimile:   (404) 377-1053
hturner@tloffices.com

                                               Lead Counsel for Plaintiff