UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY BARTLETT on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | CASE NO.<br><br>1:11-CV-0624-JOF<br><br>CLASS ACTION |

### FOURTH NOTICE OF DEPOSITION OF DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC

DEPONENT:         Portfolio Recovery Associates, LLC ("PRA")

TIME AND DATE
OF DEPOSITION:    9:00 a.m.
                  Wednesday
                  August 10, 2011

LOCATION
OF DEPOSITION:    Tayloe Associates, Inc
                  253 West Bute Street
                  Norfolk, VA 23510

Deponent and all parties in this action are hereby notified that at the time, date, and location stated above, the undersigned, as counsel for a party in the above-styled action, shall take the deposition upon oral examination of Deponent

- 1 -

identified above. Said deposition shall be taken in accordance with Federal Rule of Civil Procedure 30(b)(6).

Deponent is hereby directed and required to designate one or more officers, directors, managing agents, or other authorized persons to testify under oath on behalf of Deponent at the time, date, and location stated above, and to testify under oath in this action as to each of the following subjects:

(1)   All facts, allegations, and contentions upon which Deponent bases any and all of its denials or defenses in this action;

(2)   Identification and authentication of all documents and things produced by Deponent;

(3)   All communications between Deponent and Plaintiff Kimberly Bartlett, either directly or through counsel;

(4)   Identification of the Putative Class Members, as defined in Paragraph 28 of the Second Amended Complaint;

(5)   A detailed explanation of each of Deponent's Responses to Plaintiff's First Interrogatories to Defendant Portfolio Recovery Associates, LLC;

(6)   A detailed explanation of each of Deponent's Responses to Plaintiff's First Requests for Admissions to Defendant Portfolio Recovery Associates, LLC;

(7) Deponent's efforts to collect and preserve documents, including electronic documents, related to this litigation;

(8) The following information specifically relating to Plaintiff Kimberly Bartlett:

    A. Were any of the nine (9) calls enumerated in Exhibit B to the Second Amended Complaint made using the PRA Avaya Proactive Contact Dialer?

    B. Did PRA utilize a prerecorded message or artificial voice in any of the nine (9) calls enumerated in Exhibit B to the Second Amended Complaint?

    C. Did PRA obtain the Cellular Telephone number (404-784-5634) for Plaintiff Kimberly Bartlett through PRA's Skip Tracing process?; and

    D. Was the underlying MBNA Debt, identified in Defendant's Request For Production of Documents No. 3 and purportedly owed by Plaintiff Kimberly Bartlett, in Default for a minimum of six (6) years as of July 6, 2011?

(9) The following information specifically relating to the putative Class:

    A. Were PRA calls to the Cellular Telephone numbers contained on that certain CD-ROM Disc designated as Volume No. PRAKB 001 (07/22/2011), and produced on July 22, 2011 by PRA in response to Plaintiff's

Interrogatory No. 1, made using the PRA Avaya Proactive Contact Dialer?

  B. Did PRA utilize a prerecorded message or artificial voice in any of the calls made to the Cellular Telephone numbers contained on that certain CD-ROM Disc designated as Volume No. PRAKB 001 (07/22/2011), and produced on July 22, 2011 by PRA in response to Plaintiff's Interrogatory No. 1?

  C. Did PRA obtain the Cellular Telephone numbers contained on that certain CD-ROM Disc designated as Volume No. PRAKB 001 (07/22/2011), and produced on July 22, 2011 by PRA in response to Plaintiff's Interrogatory No. 1, through PRA's Skip Tracing process? and

  D. Was the purported underlying debt, for each account listed on that certain CD-ROM Disc designated as Volume No. PRAKB 001 (07/22/2011), and produced on July 22, 2011 by PRA in response to Plaintiff's Interrogatory No. 1, in Default for a minimum of six (6) years as of July 6, 2011?

 (10) The data received by PRA concerning each Defaulted Consumer Receivable, and the format of that data, when PRA purchases a Defaulted Consumer Receivable portfolio.

Said deposition shall continue from time to time and day to day until concluded. Said deposition shall be taken before a court reporter duly authorized by law to administer oaths. The testimony shall be recorded by stenographic

recorder and by audio recorder. All parties are invited to attend and examine said Deponent should you care to do so.

Deponent is required under law by this Notice of Deposition to appear through its designated representative(s) at the time, date, and location stated above, to give its deposition, and to produce all requested documents and things.

Dated:    July 26, 2011

By:   /s/ Samuel M. Hill
     Samuel M. Hill
     Admitted *Pro Hac Vice*

THE LAW OFFICES OF SAM HILL, LLC
265 RIVERCHASE PARKWAY EAST, SUITE 202
HOOVER, AL 35244
TELEPHONE (205) 250-7776
FACSIMILE (205) 250-7675
SAM@SAMHILLLAWOFCS.COM

                                    Co-Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIM BARTLETT on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>1:11-CV-0624-JOF<br><br><br>**CLASS ACTION** |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the Local Rules for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing Fourth Notice of Deposition of Defendant Portfolio Recovery Associates, LLC in the above-captioned case has been prepared in Times New Roman, 14 point font, as permitted by Local Rule 5.1B.

                                                                          By:   /s/ Henry A. Turner
                                                                             Henry A. Turner
                                                                             Georgia Bar No. 719310

TURNER LAW OFFICES, LLC
403 W. Ponce de Leon Avenue
Suite 207
Decatur, Georgia 30030
Telephone: (404) 261-7787                    Lead Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY BARTLETT on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | CASE NO.<br><br>1:11-CV-0624-JOF<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within and foregoing <u>Fourth Notice of Deposition of Defendant Portfolio Recovery Associates, LLC</u> in the above-captioned case with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

**Christopher W. Madel** cwmadel@rkmc.com

**Barry M. Landy** bmlandy@rkmc.com

**Denise S. Rahne** DSRahne@rkmc.com

**Jennifer M. Robbins** jmrobbins@rkmc.com

- 8 -

**Lisa L. Heller**   llheller@rkmc.com; tljones@rkmc.com

This 26th day of July, 2011.

By:   /s/ Henry A. Turner
Henry A. Turner
Georgia Bar No. 719310

TURNER LAW OFFICES, LLC
403 W. Ponce de Leon Avenue
Suite 207
Decatur, Georgia 30030
Telephone: (404) 261-7787
hturner@tloffices.com                    Lead Counsel for Plaintiff